948 A.2d 1285

RAYMOND VAN DUREN, PLAINTIFF–RESPONDENT, v. LEIGH
E. RZASA–ORMES, DEFENDANT–APPELLANT.

Argued March 25, 2008—Decided June 19, 2008.

*Kevin McNulty,* argued the cause for appellant (*Gibbons* and
*Schepisi & McLaughlin,* attorneys; *Mr. McNulty, Michael R.
Griffinger, John A. Schepisi* and *Glenn M. Finkel,* on the briefs).

*Steven R. Klein,* argued the cause for respondent (*Cole, Schotz,
Meisel, Forman & Leonard,* attorneys; *Mr. Klein* and *Susan M.
Usatine,* on the briefs).

*David G. Evans,* submitted a brief on behalf of *amicus curiae*
Pacific Legal Foundation.

PER CURIAM.

The judgment of the Appellate Division is affirmed, substantial-
ly for the reasons expressed in Judge Parrillo's opinion for the
Appellate Division, reported at 394 *N.J.Super.* 254, 926 *A.*2d 372
(2007).

*For affirmance*—Chief Justice RABNER and Justices LONG,
LaVECCHIA, ALBIN, WALLACE, RIVERA–SOTO and
HOENS—7.